# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAHEEM ROCHESTER, : | |
| Plaintiff, : | |
| : | No. 1:17-CV-01220 |
| v. : | |
| : | (Judge Rambo) |
| WARDEN OF SCI BENNER, et al. : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 23rd day of July 2018, upon consideration of Defendant Dr. Preston's motion to dismiss (Doc. No. 43), which the Court has converted to a motion for summary judgment (Doc. No. 49), **IT IS ORDERED THAT**:

1. Defendant Dr. Preston's motion (Doc. No. 43), is **GRANTED**, and Dr. Preston is **DISMISSED** from this action;

2. The Clerk of Court is directed to enter judgment in favor of Dr. Preston and against Plaintiff;

3. The Clerk of Court is directed to terminate the Defendant Warden of SCI-Benner from this action in accordance with this Court's September 5, 2017 Memorandum and Order (Doc. Nos. 10, 11); and

4. Any outstanding discovery between the remaining parties shall be completed by August 24, 2018, and dispositive motions shall be filed on or before September 24, 2018.

                                             s/Sylvia H. Rambo
                                             SYLVIA H. RAMBO
                                             United States District Judge